# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

MICHAEL HILSTAD

    Plaintiff,    Case No. 05-C-1312

  v.

NATIONAL ASSET RECOVERY
SERVICES, INC.,

    Defendant.

## OPINION AND ORDER

    The parties to this case have stipulated to the voluntary dismissal of all claims raised. Therefore, the court ORDERS that this action is dismissed upon its merits, with prejudice, but without costs, disbursements or attorney's fees to any party. See Federal Rule of Civil Procedure 41(a).

    IT IS FURTHER ORDERED that the Clerk of Court shall enter a final judgment as a separate document. See Federal Rule of Civil Procedure 58. This judgment shall provide that:

> Plaintiff Michael Hilstad brought this action against Defendant National Asset Recovery Services, Inc. before the court, the Honorable Thomas J. Curran, District Judge, presiding, and the parties having voluntarily stipulated to the dismissal of all claims raised,
>
> IT IS ORDERED AND ADJUDGED
>
> that this action is dismissed upon its merits, with prejudice and without costs, disbursements or attorney's fees to any party.

Done and Ordered in Chambers at the United States Courthouse, Milwaukee, Wisconsin, this 8th day of February, 2006.

<pre>
                            s/ Thomas J. Curran
                            Thomas J. Curran
                            United States District Judge
</pre>